UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE R. WEAVER,

    Plaintiff,

  v.

PELICAN BAY STATE PRISON, et al.,

    Defendants.

Case No. 15-cv-00644-VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On February 11, 2015, Willie Weaver, a state prisoner, filed this *pro se* prisoner complaint under 42 U.S.C. § 1983. On the same date the action was filed, the Clerk of the Court sent written notice to Weaver that he had not filed an application to proceed *in forma pauperis* ("IFP"). The Clerk sent Weaver a blank IFP application and a return envelope. The notice stated that Weaver must return the completed IFP application or pay the filing fee within twenty-eight days of the date of the notice or his action would be dismissed. Weaver has not filed a completed IFP application, which was due on March 23, 2015.

Therefore, it is ordered that this action is dismissed without prejudice. The Clerk shall terminate all pending motions, and close the file. If Weaver files another complaint, he shall include with it a completed IFP application or the $400.00 filing fee.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
VINCE CHHABRIA
United States District Judge